IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PENNY JUANITA WHITSON
As next of kin of Rory Allen Gregory,
deceased                                                                                                    PLAINTIFF

v.                                              Case No. 6:23-cv-06079

JOHN FELTS, Director,
Arkansas Parole Board, *et al.*                                                                DEFENDANTS

**ORDER**

      Before the Court is a Report and Recommendation issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 20. Judge Ford recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice because Plaintiff, an unpardoned felon, cannot be appointed as the administrator of her brother's estate and she has failed to address any issues barring this case from moving forward following two extensions of time granted by the Court (ECF Nos. 10, 17). Plaintiff filed objections. ECF No. 21. However, Plaintiff's objections do not effectively address any aspect of Judge Ford's analysis or provide an argument as to why she should be able to continue to pursue this case. Accordingly, the Court reviews the instant Report and Recommendation for clear error instead of conducting de novo review. *See Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994) (specific objections shift a court's review from one which scrutinizes for plain error to one in which the issues are reviewed de novo); *and see* 28 U.S.C § 636(b)(1).

      Upon review, finding that there is no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 20) *in toto*. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**. Accordingly, Plaintiff's Motion for Leave to Amend Complaint (ECF No. 22) is hereby **DENIED as MOOT**.

      **IT IS SO ORDERED**, this 19th day of December, 2023.

                                                                    /s/ Susan O. Hickey
                                                                    Susan O. Hickey
                                                                    Chief United States District Judge